IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

v.      No. 1:25-cv-01046-JDB-jay

EASEMENTS AND RIGHTS-OF-WAY
OVER 8.62 ACRES OF LAND, MORE OR
LESS, IN HENDERSON COUNTY,
TENNESSEE, and
CLASSIC COUNTRY LAND, LLC,
  a Nevada limited liability company,
FARMERS & MERCHANTS BANK,
THOMAS McCARTHY, trustee,

    Defendants.

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-18, which authorizes the Court "to give the Government immediate possession of the [condemned] property," *United States v. Miller*, 317 U.S. 369, 381 (1943), it is hereby ORDERED that the Tennessee Valley Authority ("TVA"), as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit TVA to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of said property to the TVA.

IT IS SO ORDERED this 28th day of February 2025.

                                                    s/ J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE